Case 2-17-cr-00188 TSB-SAB SCF No. 477-3 Page6x2558 Filed 07/08/21 Page 1 of 1

 moneygang_mealclique • Follow



175 likes

**moneygang_mealclique** Wishing My lil bro
@bigbands_nofriends_ a Happy G day! 💦 Many More to...
more

View all 10 comments

**cool_aidthebiznis** Send me poody#

**moneygang_mealclique** @cool_aidthebiznis he have a
new number

March 21, 2019