

moneygang_mealclique We are own plug 🔌
#MGMC studio 🎤🎧🎶

View all 3 comments

January 22, 2016