UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                Criminal No. 17-20489

v.

                                    Honorable Terrence G. Berg

D-10 Maurice McCoy,
D-12 Teeauna White,

        Defendants.

## Government's Exhibit List

Gov. Sealed Ex. 1: DEA-6 SW Execution on June 4, 2019 at Pala Loma Residence

Gov. Ex. 2: Chart of M.G. Flight Records

Gov. Sealed Ex. 3: M.G. Flight Records

Gov. Sealed Ex. 4: SW 38 (9/7/2018; Search phone from Deonte Artis)

Gov. Sealed Ex: 5: SW 44 (12/21/2018; Historical location data for McCoy phone)

Gov. Sealed Ex. 6: SW 47 (1/15/2019; GPS data for Tyler Jackson phone)

Gov. Sealed Ex. 7: SW 49 (1/18/2019; Technology to locate Tyler Jackson phone)