## Gov. Ex. 2: M.G. Flight Records

| Date | Destination | Flight Info. | Passengers | Listed Payee/Contact |
|---|---|---|---|---|
| 10/12/2016 | LAX-DTW | Delta 707 | M.G. | McGlory's wife |
| 11/3/2016 | LAX-DFW-DTW | AA2453/1260 | Andre Scott | |
| | | | M.G. | |
| 1/11/2017 | LAX-BWI | Delta 128 | M.G. | Same contact # as 10/12/16 reservation |
| 3/1/2017 | LAX-LAS-DTW | Delta 132/788 | Vincent Johnson | WHITE Visa X1478 |
| | | | M.G. | M.G. Visa X1478 |
| 4/20/2017 | DTW-LAX | Delta 1845 | James McGlory | M.G. |
| 5/2/2017 | LAX-DTW | United 6130 | Manjaro Johnson | |
| | | | M.G. | |
| 8/3/2017 | LAX-SEA-DTW | Delta 739/569 | Manjaro Johnson | |
| | | | M.G. | |