# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-10 MAURICE MCCOY
D-12 TEEAUNA WHITE,

      Defendants.

Case No. 17-20489
Hon. Terrence G. Berg

_____

## INDEX OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | Search Warrant for T. White's iCloud (Sealed) |
| EXHIBIT B | Instagram image featuring M. McCoy and T. Jackson |
| EXHIBIT C | Declaration of David F. Wrublewski |
| EXHIBIT D | Flight record for Vincent Johnson |
| EXHIBIT E | Search Warrant for 27622 Pala Loma Court (Sealed) |
| EXHIBIT F | Instagram image of recording studio with caption |
| EXHIBIT G | Search Warrant for Location Data (Sealed) |