# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-10 MAURICE MCCOY
D-12 TEEAUNA WHITE,

      Defendants.

Case No. 17-20489
Hon. Terrence G. Berg

_____

## INDEX OF SUPPLEMENTAL EXHIBITS

| | |
|---|---|
| EXHIBIT A | Instagram image of Teeauna White as MGMC Manager |
| EXHIBIT B | Instagram images from 2014 through 2019 documenting MGMC shows/events and collaboration with renowned music artists, including Ace Hood, Snoop Dog, Migos, Bleu, Big Scrappy, YBN Nahmir, Yella Beezy, Nipsey Hussle, Tee Grizzley (Detroit native), and Young Blac. |
| EXHIBIT C | Instagram images of Pretty Pockets promotional material from 2014 through 2019. |
| EXHIBIT D | Image of Maurice McCoy's and Tyler Jackson's sons |