


DEFENDANT'S EXHIBIT NO. A