# ATTACHMENTS

Letters of Support:

    A.  Destiny Anderson
    B.  Jason Crump
    C.  Maurtrae McCoy
    D.  Raymond McNally
    E.  Roxann Robinson
    F.  Sister Sonya
    G.  Tierra Burrell
    H.  Windy Duenas

I. Mitigation Report

J. Letters from minor children

K. Sylvia Anderson

L. Article re: Study